THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

## INTELLIGENT VERIFICATION SYSTEMS, LLC, Plaintiff–Appellant

v.

## MAJESCO ENTERTAINMENT CO., Microsoft Corp., Defendants–Appellees.

### No. 2015–1603.

United States Court of Appeals, Federal Circuit.

Jan. 19, 2016.

Robert J. Kenney, Birch Stewart Kolasch & Birch, LLP, Falls Church, VA, argued for plaintiff-appellant. Also represented by Michael K. Mutter, Quentin R. Corrie, John Daniel Victor Ferman, Lynde Faun Herzbach.

Ahmed Jamal Davis, Fish & Richardson, PC, Washington, DC, argued for defendants-appellees. Microsoft Corp. also represented by Ruffin B. Cordell; John Winston Thornburgh, San Diego, CA.

Zachary David Silbersher, Kroub Silbersher & Kolmykov PLLC, New York, NY, for defendant-appellee Majesco Entertainment Co.

NEWMAN, LOURIE, and BRYSON, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* Fed. Cir. R. 36.

## DOUGLAS DYNAMICS, LLC, Plaintiff–Cross–Appellant

v.

## BUYERS PRODUCTS COMPANY, Defendant–Appellant.

### Nos. 2015–1263, 2015–1269.

United States Court of Appeals, Federal Circuit.

Jan. 19, 2016.

Aaron T. Olejniczak, Andrus, Sceales, Starke & Sawall, Milwaukee, WI, argued for plaintiff-cross-appellant. Also represented by Christopher Reagan Liro, Edward R. Williams, Jr.

Thomas Harry Shunk, Baker & Hostetler LLP, Cleveland, OH, argued for defendant-appellant. Also represented by Christina J. Moser.

NEWMAN, CHEN, and STOLL, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED AND ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**